JAMES E. LYONS (STATE BAR NO. 112582)
James.Lyons@skadden.com
GARRETT J. WALTZER (STATE BAR NO. 130764)
Garrett.Waltzer@skadden.com
THOMAS V. CHRISTOPHER (STATE BAR NO. 185928)
Thomas.Christopher@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendant*
MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
6/22/2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| A. J. COPELAND,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND J. LANE, GARY REINER, LEO APOTHEKER, MEG WHITMAN, SHUMEET BANERJI, PATRICIA RUSSO, DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, MARK V. HURD, MARC L. ANDREESSEN, SARI M. BALDAUF, RAJIV L. GUPTA, LAWRENCE T. BABBIO, JOHN H. HAMMERGREN, JOEL Z. HYATT, JOHN R. JOYCE, LUCILLE S. SALHANY, and ROBERT L. RYAN,<br><br>Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>Nominal Defendant. | Civil Action No: 11-CV-01058-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND SETTING BRIEFING SCHEDULE**<br><br>Courtroom: Courtroom 1, 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Trial Date: Not Yet Set |

---

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING     CASE NO. 11-CV-01058-EJD

1  Plaintiff A. J. Copeland ("Plaintiff"), and defendants Raymond J. Lane, Gary Reiner, Leo
2  Apotheker, Meg Whitman, Shumeet Banerji, Patricia Russo, Dominique Senequier, G. Kennedy
3  Thompson, Mark V. Hurd, Marc L. Andreessen, Sari M. Baldauf, Rajiv L. Gupta, Lawrence T.
4  Babbio, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Lucille S. Salhany, and Robert L.
5  Ryan (the "Individual Defendants") stipulate as follows:

6  WHEREAS, Plaintiff has filed a complaint in this action captioned *A. J. Copeland*
7  *Individually and Derivatively on behalf of Hewlett-Packard Company vs. Raymond J. Lane, Gary*
8  *Reiner, Leo Apotheker, Meg Whitman, Shumeet Banerji, Patricia Russo, Dominique Senequier, G.*
9  *Kennedy Thompson, Mark V. Hurd, Marc L. Andreessen, Sari M. Baldauf, Rajiv L. Gupta,*
10 *Lawrence T. Babbio, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Lucille S. Salhany, and*
11 *Robert L. Ryan* (the "Complaint");

12 WHEREAS, on May 11, 2011, and prior to the date on which any of the Individual
13 Defendants was required to respond to the Complaint, the Honorable Charles R. Breyer stayed
14 these proceedings until June 17, 2011;

15 WHEREAS, certain of the Individual Defendants have previously executed Waivers of
16 Service of Summons, and the remaining Individual Defendants have recently agreed to execute
17 Waivers of Service of Summons;

18 WHEREAS, because the various Individual Defendants have or will have executed Waivers
19 of Service of Summons on different dates, the time period for each of the Individual Defendants to
20 respond to the Complaint will not be uniform under Federal Rule of Civil Procedure 4(d) absent an
21 agreement among the parties;

22 WHEREAS, the parties believe that the interests of judicial economy and efficiency are
23 best served if all the Individual Defendants are required to answer, move or respond to the
24 Complaint on the same date;

25 WHEREAS, the parties have agreed that all Individual Defendants shall have until August
26 19, 2011, to answer, move or otherwise respond to the Complaint;

27 WHEREAS, the parties further agree that, for the convenience of counsel and to ensure that
28 all parties have ample time to respond to any motion directed to the Complaint, any opposition to

1  any such motion shall be filed and served 45 days after the filing of any such motion, any reply
2  papers shall be filed and served 21 days after the filing of any opposition papers, and the parties
3  shall schedule a hearing on that motion at the convenience of the Court and all counsel.
4      NOW, THEREFORE, the parties agree as follows:
5      1.     Defendants Raymond J. Lane, Gary Reiner, Leo Apotheker, Meg Whitman,
6  Shumeet Banerji, Patricia Russo, Dominique Senequier, G. Kennedy Thompson, Mark V. Hurd,
7  Marc L. Andreessen, Sari M. Baldauf, Rajiv L. Gupta, , Lawrence T. Babbio, John H. Hammergren,
8  Joel Z. Hyatt, John R. Joyce, Lucille S. Salhany, and Robert L. Ryan shall have until August 19,
9  2011, to answer, move, or otherwise respond to the Complaint.
10      2.     In the event any of the Individual Defendants files a motion directed at the
11  Complaint on or before August 19, 2011, any opposition to any such motion shall be filed and
12  served 45 days after the filing of that motion, any reply papers shall be filed and served 21 days
13  after the filing of any opposition papers, and the parties shall schedule a hearing on that motion at
14  the convenience of the Court and all counsel.
15      3.     In the event that Plaintiff files an amended complaint at any time prior to
16  August 19, 2011, all parties shall cooperate in good faith to negotiate a revised response date and
17  briefing schedule for responding to that new complaint.
18      4.     This stipulation is without prejudice to any party seeking additional
19  modifications of the schedule in this action via stipulation or court order.
20      5.     In executing this stipulation, the Individual Defendants preserve their rights
21  to object to this action for improper venue or lack of personal jurisdiction.

DATED: June 17, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/_____
James E. Lyons

Attorneys For Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson

DATED: June 17, 2011

GREENFIELD & GOODMAN, LLC

By: _____/s/_____
Richard D. Greenfield

Attorneys For Plaintiff A. J. Copeland

DATED: June 17, 2011

GIBSON, DUNN & CRUTCHER

By: _____/s/_____
Jonathan C. Dickey

Attorneys For Defendants Raymond J. Lane, Gary Reiner, Leo Apotheker, Meg Whitman, Shumeet Banerji, Patricia Russo, and Dominique Senequier

DATED: June 17, 2011

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: _____/s/_____
Lawrence D. Lewis

Attorneys For Defendant Mark V. Hurd

I, James E. Lyons, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS AND TO ESTABLISH BRIEFING SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that each of the three signatories above has concurred in this filing.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

2 | The Courts sets an Anticipated Hearing on Defendants' Anticipated Dispositive Motion for **December 2, 2011 at 9:00 AM.**

3

4

5 | _____    Dated: June 22, 2011
HON. EDWARD J. DAVILA
UNITED STATED DISTRICT JUDGE
6 | NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF THOMAS V. CHRISTOPHER
### (N.D. CAL. LOCAL RULE 6-2)

1. I am an attorney duly licensed to practice law in California and before this Court. I am Counsel with Skadden, Arps, Slate, Meagher and Flom LLP, attorneys of record for defendants Marc L. Andreessen, Sari M. Baldauf, Rajiv L. Gupta, Lawrence T. Babbio, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Lucille S. Salhany, Robert L. Ryan and G. Kennedy Thompson. I make this declaration based on my own personal knowledge and the records on file in this action.

2. The proposed schedule set forth in the above stipulation has been agreed to by the parties' counsel. It is my understanding that the proposed schedule is being requested for the convenience of all counsel. The parties have not previously stipulated to any enlargement or shortening of time in this case under Local Rule 6-1 or 6-2. The proposed schedule in this stipulation will not modify any dates already set by the Court in this action.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on this ⁊ day of June, 2011, at San Francisco, CA.

Thomas V. Christopher

-5-