**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

1  STEVEN M. SCHATZ, State Bar No. 118356
   sschatz@wsgr.com
2  BORIS FELDMAN, State Bar No. 128838
   boris.feldman@wsgr.com
3  KATHERINE L. HENDERSON, State Bar No. 242676
   khenderson@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100

   MARC J. SONNENFELD (*Pro Hac Vice*)
8  msonnenfeld@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
9  1701 MARKET STREET
   PHILADELPHIA, PA 19103-2921
10 TELEPHONE:  (215) 963-5000
   FACSIMILE:   (215) 963-5001

   Attorneys for Nominal Defendant
12 HEWLETT-PACKARD COMPANY

13                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
14                      SAN JOSE DIVISION

| | |
|---|---|
| A.J. COPELAND, | CASE NO.: CV-11-01058-EJD |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| v. | |
| RAYMOND J. LANE, GARY REINER, LEO APOTHEKER, MEG WHITMAN, SHUMEET BANERJI, PATRICIA RUSSO, DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, MARK V. HURD, MARC L. ANDREESSEN, SARI M. BALDAUF, RAJIV L. GUPTA, LAWRENCE T. BABBIO, JR., JOHN H. HAMMERGREN, JOEL Z. HYATT, JOHN R. JOYCE, LUCILLE S. SALHANY, and ROBERT L. RYAN, | Hearing Date: December 2, 2011<br>Hearing Time: 9:00 a.m.<br>Courtroom 1, 5th Floor<br>Before: Hon. Edward J. Davila |
| Defendants, | |
| – and – | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | |
| Nominal Defendant. | |

Joint Stipulation and [Proposed] Order
Regarding Case Schedule
Case No.: CV-11-01058-EJD

Plaintiff A. J. Copeland ("Plaintiff"), nominal defendant Hewlett-Packard Company ("HP" or the "Company"), and defendants Raymond J. Lane, Gary Reiner, Leo Apotheker, Meg Whitman, Shumeet Banerji, Patricia Russo, Dominique Senequier, G. Kennedy Thompson, Mark V. Hurd, Marc L. Andreessen, Sari M. Baldauf, Rajiv L. Gupta, Lawrence T. Babbio, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Lucille S. Salhany, and Robert L. Ryan (the "Individual Defendants") stipulate as follows:

WHEREAS, Plaintiff has filed a complaint in this action captioned *A. J. Copeland Individually and Derivatively on behalf of Hewlett-Packard Company vs. Raymond J. Lane, Gary Reiner, Leo Apotheker, Meg Whitman, Shumeet Banerji, Patricia Russo, Dominique Senequier, G. Kennedy Thompson, Mark. V. Hurd, Marc L. Andreessen, Sari M. Baldauf, Rajiv L. Gupta, Lawrence T. Babbio, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Lucille S. Salhany, and Robert L. Ryan* (the "Complaint");

WHEREAS, on April 6, 2011, HP filed a motion to dismiss the Complaint;

WHEREAS, on May 11, 2011, and prior to the date on which any of the Individual Defendants was required to respond to the Complaint, the Honorable Charles R. Breyer stayed proceedings until June 17, 2011 but provided that HP's motion to dismiss could be re-noticed;

WHEREAS, also on May 11, 2011, this matter was reassigned from Judge Breyer to this Court;

WHEREAS, on July 22, 2011, the Court provided notice to the parties that the hearing on HP's motion to dismiss had been reset to December 2, 2011 at 9:00 a.m.;

WHEREAS, also on July 22, 2011, pursuant to a stipulation between Plaintiff and the Individual Defendants, the Court ordered the Individual Defendants to answer, move, or otherwise respond to the Complaint by August 19, 2011;

WHEREAS, on August 10, 2011, Plaintiff re-filed his opposition to HP's motion to dismiss;

WHEREAS, the Committee denominated as the Independent Committee of HP's Board of Directors has completed an investigation of the allegations made by Plaintiff in his Complaint and litigation demands, and has provided its final report to HP's Board (the "Report");

1       WHEREAS, HP and Plaintiff have executed a confidentiality agreement concerning the Report, and anticipate that the Report will be provided to Plaintiff shortly; and

      WHEREAS, Plaintiff will evaluate the Report and inform the Court and the parties as to whether he intends to 1) voluntarily dismiss this case or 2) file an amended complaint;

      NOW, THEREFORE, the parties agree as follows:

1. Plaintiff has no further obligation to respond to HP's re-noticed motion to dismiss, and HP has no obligation to file any further reply brief with respect to HP's motion to dismiss.

2. The Individual Defendants have no obligation to answer, move, or otherwise respond with respect to the Complaint.

3. If, after reviewing the Report, Plaintiff elects to file an amended complaint, then the parties shall cooperate in negotiating in good faith the timing of the filing of the amended complaint and a briefing schedule.

4. This stipulation is without prejudice to any party seeking additional relief via stipulation or court order.

**All matters currently scheduled for hearing on 12/2/2011 shall remain as set unless otherwise ordered.**
**The parties shall clarify for the court whether the Motion to Dismiss will proceed on 12/2/2011 in a brief joint statement filed on or before 11/10/2011.  A complete CMC statement is due on or before 11/25/2011.**

/ / /

Joint Stipulation and [Proposed] Order      2
Regarding Case Schedule
Case No.: CV-11-01058-EJD

5. In executing this stipulation, the Individual Defendants preserve their rights to object to this action for improper venue or lack of personal jurisdiction.

Dated: August 15, 2011                      WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                            By:      /s/Steven M. Schatz
                                                     Steven M. Schatz

                                            *Attorneys for Nominal Defendant*
                                            HEWLETT-PACKARD COMPANY

                                            650 Page Mill Road
                                            Palo Alto, CA 94304-1050
                                            Telephone: (650) 493-9300
                                            Facsimile: (650) 565-5100



                                            MORGAN, LEWIS & BOCKIUS LLP
                                            MARC J. SONNENFELD
                                            msonnenfeld@morganlewis.com
                                            1701 Market Street
                                            Philadelphia, PA 19103-2921
                                            Telephone: (215) 963-5000
                                            Facsimile: (215) 963-5001


Dated: August 15, 2011                      GREENFIELD & GOODMAN, LLC


                                            By:      /s/Richard D. Greenfield
                                                     Richard D. Greenfield

                                            *Attorneys for Plaintiff A. J. Copeland*
                                            (Admitted *pro hac vice*)

                                            250 Hudson Street, 8th Fl.
                                            New York, NY 10013
                                            Telephone: (917) 495-4446

Joint Stipulation and [Proposed] Order          3
Regarding Case Schedule
Case No.: CV-11-01058-EJD

| | |
|---|---|
| Dated:  August 15, 2011 | SKADDEN, ARPS, SLATE, MEAGHER<br>         & FLOM LLP<br><br>By:   /s/James E. Lyons<br>         James E. Lyons<br><br>*Attorneys for Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson*<br><br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone:  (650) 470-4500<br>Facsimile:   (650) 470-4570 |
| Dated:  August 15, 2011 | GIBSON, DUNN & CRUTCHER LLP<br><br>By:   /s/Jonathan Dickey<br>         Jonathan Dickey<br><br>*Attorneys for Defendants Raymond J. Lane, Gary Reiner, Leo Apotheker, Meg Whitman, Shumeet Banerji, Patricia Russo, and Dominique Senequier,*<br><br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone:  (415) 393-8200<br>Facsimile:   (415) 393-8306 |
| Dated:  August 15, 2011 | ALLEN MATKINS LECK GAMBLE MALLORY<br>         & NATSIS LLP<br><br>By:   /s/Lawrence D. Lewis<br>         Lawrence D. Lewis<br><br>*Attorneys for Defendant Mark V. Hurd*<br><br>1900 Main Street, 5th Fl.<br>Irvine, CA 92614-7321<br>Telephone:  (949) 553-1313<br>Facsimile:   (949) 553-8354 |

Joint Stipulation and [Proposed] Order         4
Regarding Case Schedule
Case No.:  CV-11-01058-EJD

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Bryan J. Ketroser, am the ECF User whose identification and password are being used to file the **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**.  In compliance with General Order 45.X.B, I hereby attest that each of the signatories above has concurred in this filing.

Dated:  August 15, 2011    WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation


   By: /s/Bryan J. Ketroser
    Bryan J. Ketroser

   *Counsel for Nominal Defendant*
   *Hewlett-Packard Company*