1  ALLEN J. RUBY (STATE BAR NO. 47109)
   Allen.Ruby@skadden.com
2  GARRETT J. WALTZER (STATE BAR NO. 130764)
   Garrett.Waltzer@skadden.com
3  THOMAS V. CHRISTOPHER (STATE BAR NO. 185928)
   Thomas.Christopher@skadden.com
4  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
6  Palo Alto, California 94301
   Telephone: (650) 470-4500
7  Facsimile:  (650) 470-4570

8  Attorneys for Specially Appearing Defendants
   MARC L. ANDREESSEN, LAWRENCE T. BABBIO,
9  SARI M. BALDAUF, RAJIV L. GUPTA,
   JOHN H. HAMMERGREN, JOEL Z. HYATT,
10 JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S.
   SALHANY, and G. KENNEDY THOMPSON
11

12                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
13                          SAN JOSE DIVISION

14 A.J. COPELAND, Individually and           )  Case No. 5:11-cv-01058-EJD
   Derivatively on Behalf of HEWLETT-        )
15 PACKARD COMPANY,                          )  [PROPOSED] ORDER APPROVING
                                             )  SUBSTITUTION OF COUNSEL
16              Plaintiff,                   )
                                             )
17       vs.                                 )
                                             )
18 RAYMOND J. LANE, GARY REINER, LEO         )
   APOTHEKER, MEG WHITMAN, SHUMEET           )
19 BANERJI, PATRICIA RUSSO, DOMINIQUE        )
   SENEQUIER, G. KENNEDY THOMPSON,           )
20 MARK V. HURD, MARC L. ANDREESSEN,         )
   SARI M. BALDAUF, RAJIV L. GUPTA,          )
21 LAWRENCE T. BABBIO, JR., JOHN H.          )
   HAMMERGREN, JOEL Z. HYATT, JOHN           )
22 JOYCE, LUCILLE S. SALHANY and             )
23 ROBERT RYAN,                              )
                                             )
24              Defendants,                  )
                                             )
25       -and-                               )
                                             )
26 HEWLETT-PACKARD COMPANY,                  )
                                             )
27 Nominal Defendant.                        )
                                             )
28 _____       )

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Specially appearing defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson (the "Director Defendants") seek an order permitting substitution of Allen J. Ruby (SBN 47109) of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP, located at 525 University Avenue, Suite 1100, Palo Alto, CA 94301, in place of James E. Lyons (SBN 112582) of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP, located at 525 University Avenue, Suite 1100, Palo Alto, CA 94301 in *Copeland v. Lane et. al.*, Case No. 5:11-cv-01058-EJD.

Pursuant to Civil Local Rule 11-5 and in accordance with General Order 45, the Court approves the substitution of counsel sought by the Director Defendants.

IT IS SO ORDERED.

DATED: October 6, 2011

_____
THE HONORABLE EDWARD J DAVILA
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

DATED: October 3, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Garrett J. Waltzer_____
GARRETT J. WALTZER
Attorneys for Specially Appearing Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO,
SARI M. BALDAUF, RAJIV L. GUPTA,
JOHN H. HAMMERGREN, JOEL Z. HYATT,
JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S.
SALHANY and G. KENNEDY THOMPSON