STEVEN M. SCHATZ, State Bar No. 118356
sschatz@wsgr.com
BORIS FELDMAN, State Bar No. 128838
boris.feldman@wsgr.com
KATHERINE L. HENDERSON, State Bar No. 242676
khenderson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

MARC J. SONNENFELD (*Pro Hac Vice*)
msonnenfeld@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| A.J. COPELAND, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND J. LANE, GARY REINER, LEO APOTHEKER, MEG WHITMAN, SHUMEET BANERJI, PATRICIA RUSSO, DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, MARK V. HURD, MARC L. ANDREESSEN, SARI M. BALDAUF, RAJIV L. GUPTA, LAWRENCE T. BABBIO, JR., JOHN H. HAMMERGREN, JOEL Z. HYATT, JOHN R. JOYCE, LUCILLE S. SALHANY, and ROBERT L. RYAN, <br><br> Defendants, <br><br> – and – <br><br> HEWLETT-PACKARD COMPANY, a Delaware corporation, <br><br> Nominal Defendant. | CASE NO.: CV-11-01058-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE** <br><br> Hearing Date: December 2, 2011 <br> Hearing Time: 9:00 a.m. <br> Courtroom 1, 5th Floor <br> Before: Hon. Edward J. Davila |

Stipulation and [Proposed] Order
Re: Case Schedule
Case No.: CV-11-01058-EJD

1  Plaintiff A. J. Copeland ("Plaintiff"), nominal defendant Hewlett-Packard Company
2  ("HP" or the "Company"), and defendants Raymond J. Lane, Gary Reiner, Léo Apotheker, Meg
3  Whitman, Shumeet Banerji, Patricia Russo, Dominique Senequier, G. Kennedy Thompson, Mark
4  V. Hurd, Marc L. Andreessen, Sari M. Baldauf, Rajiv L. Gupta, Lawrence T. Babbio, John H.
5  Hammergren, Joel Z. Hyatt, John R. Joyce, Lucille S. Salhany, and Robert L. Ryan (the
6  "Individual Defendants") stipulate as follows:

7  WHEREAS, on August 23, 2010 and August 28, 2010, Plaintiff demanded that HP
8  institute litigation against certain of its current and former officers and directors;

9  WHEREAS, on March 7, 2011, Plaintiff filed a complaint in this action (the
10 "Complaint");

11 WHEREAS, on April 6, 2011, HP filed a Motion To Dismiss Complaint As Premature
12 Pursuant To Rule 23.1 (Docket 10) which Motion currently is set to be heard on December 2,
13 2011;

14 WHEREAS, the Committee denominated as the Independent Committee of HP's Board
15 of Directors completed its investigation of the allegations made by Plaintiff in his Complaint and
16 litigation demands, and provided its final report to HP's Board (the "Report");

17 WHEREAS, on July 18, 2010, HP informed Plaintiff that based on the Independent
18 Committee's investigation and recommendation and after careful consideration, HP's Board
19 determined that it is not in the Company's best interest to pursue the claims asserted in Plaintiff's
20 litigation demands and, therefore, the Company will not pursue any of the claims against any of
21 the individuals listed in the demands;

22 WHEREAS, on August 16, 2011, HP provided the Report to Plaintiff pursuant to a
23 confidentiality agreement;

24 WHEREAS, on August 17, 2011, the Court directed the parties to clarify whether the
25 Motion to Dismiss will proceed on December 2, 2011 in a brief joint statement filed on or before
26 November 10, 2011 (Docket 48); and

27 WHEREAS, Plaintiff wishes to file an amended complaint;

28 NOW, THEREFORE, the parties agree as follows:

Stipulation and [Proposed] Order        1
Re: Case Schedule
Case No.: CV-11-01058-EJD

1. The hearing on Nominal Defendant Hewlett-Packard Company's Motion To Dismiss Complaint As Premature Pursuant To Rule 23.1, currently set for December 2, 2011, shall not proceed.

2. Plaintiff shall have up to and including December 2, 2011 to file an Amended Complaint.

3. HP shall have up to and including February 8, 2012 to answer, move, or otherwise respond to the Amended Complaint.

4. The Individual Defendants need not answer, move, or otherwise respond to the Amended Complaint prior to February 8, 2012; Plaintiff and the Individual Defendants shall cooperate in good faith to negotiate a response date and briefing schedule for responding to the Amended Complaint.

5. This stipulation is without prejudice to any party seeking additional relief via stipulation or court order.

6. In executing this stipulation, the Individual Defendants preserve their rights to object to this action for improper venue and/or lack of personal jurisdiction.

Dated: November 9, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
STEVEN M. SCHATZ
BORIS FELDMAN

By:  s/Steven M. Schatz
        Steven M. Schatz

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

MORGAN, LEWIS & BOCKIUS LLP
MARC J. SONNENFELD
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

*Attorneys for Nominal Defendant
Hewlett-Packard Company*

Dated:  November 9, 2011                    GREENFIELD & GOODMAN, LLC
                                            RICHARD. D. GREENFIELD


                                            By:     s/Richard D. Greenfield
                                                    Richard D. Greenfield

                                            (Admitted *pro hac vice*)


                                            250 Hudson Street, 8th Fl.
                                            New York, NY 10013
                                            Telephone:  (917) 495-4446
                                            Facsimile:   (410) 745-4149

                                            SHEPHERD FINKELMAN MILLER
                                                   & SHAH LLP
                                            SCOTT R. SHEPHERD
                                            LESLEY ELIZABETH WEAVER
                                            35 East State Street
                                            Media, PA  19063
                                            Telephone:  (610) 891-9880
                                            Facsimile:   (610) 891-9883

                                            *Attorneys for Plaintiff A. J. Copeland*

Dated:  November 9, 2011                    SKADDEN, ARPS, SLATE, MEAGHER
                                                   & FLOM LLP
                                            GARRETT J. WALTZER


                                            By:     s/ Garrett J. Waltzer
                                                    Garrett J. Waltzer

                                            525 University Avenue, Suite 1100
                                            Palo Alto, CA 94301
                                            Telephone:  (650) 470-4500
                                            Facsimile:   (650) 470-4570


                                            *Attorneys for Defendants Marc L. Andreessen,
                                            Lawrence T. Babbio, Sari M. Baldauf, Rajiv L.
                                            Gupta, John H. Hammergren, Joel Z. Hyatt, John R.
                                            Joyce, Robert L. Ryan, Lucille S. Salhany, and G.
                                            Kennedy Thompson*

/ / /

Stipulation and [Proposed] Order            3
Re: Case Schedule
Case No.: CV-11-01058-EJD

| | |
|---|---|
| Dated:  November 9, 2011 | GIBSON, DUNN & CRUTCHER LLP<br>JONATHAN C. DICKEY<br>REBECCA J. LAZARUS<br><br>By:  ___s/Jonathan Dickey___<br>         Jonathan Dickey<br><br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone:  (415) 393-8200<br>Facsimile:   (415) 393-8306<br><br>*Attorneys for Defendants Raymond J. Lane, Gary Reiner, Leo Apotheker, Meg Whitman, Shumeet Banerji, Patricia Russo, and Dominique Senequier* |
| Dated:  November 9, 2011 | ALLEN MATKINS LECK GAMBLE MALLORY<br>    & NATSIS LLP<br>LAWRENCE D. LEWIS<br><br>By:  ___s/Lawrence D. Lewis___<br>         Lawrence D. Lewis<br><br>1900 Main Street, 5th Fl.<br>Irvine, CA 92614-7321<br>Telephone:  (949) 553-1313<br>Facsimile:   (949) 553-8354<br><br>*Attorneys for Defendant Mark V. Hurd* |

## ORDER

**PURSUANT TO STIPULATION. IT IS SO ORDERED AS MODIFIED:**
The Clerk shall terminate Docket Item No. 10.  The Motion to Consolidate (Docket Item No. 39) and Case Management Conference remain on calendar for December 2, 2011.

Dated: November 15, 2011        _____
                                  HON. EDWARD J. DAVILA
                                  UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Brian Danitz, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE**. In compliance with General Order 45.X.B, I hereby attest that each of the signatories above has concurred in this filing.

Dated: November 9, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/Brian Danitz
     Brian Danitz

*Counsel for Nominal Defendant
Hewlett-Packard Company*