GIBSON, DUNN & CRUTCHER LLP
JONATHAN DICKEY, SBN 088226
JDickey@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
RJustice@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
RAYMOND J. LANE, GARY REINER,
LEO APOTHEKER, MEG WHITMAN,
SHUMEET BANERJI, PATRICIA RUSSO,
and DOMINIQUE SENEQUIER

IT IS SO ORDERED

Judge Edward J. Davila

2/9/2012

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. COPELAND, Individually and Derivatively on behalf of Hewlett-Packard Company,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND J. LANE, GARY REINER, LEO APOTHEKER, MEG WHITMAN, SHUMEET BANERJI, PATRICIA RUSSO, DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, MARK V. HURD, MARC L. ANDREESSEN, SARI M. BALDAUF, RAJIV L. GUPTA, LAWRENCE T. BABBIO, JR., JOHN H. HAMMERGREN, JOEL Z. HYATT, JOHN R. JOYCE, LUCILLE S. SALHANY, and ROBERT L. RYAN,<br><br>Defendants,<br><br>and<br><br>HEWLETT-PACKARD COMPANY,<br><br>Nominal Defendant. | CASE NO. 11-CV-1058 EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

 **PLEASE TAKE NOTICE** that Rebecca Justice Lazarus hereby withdraws as counsel of record in this matter on behalf of Defendants RAYMOND J. LANE, GARY REINER, LEO APOTHEKER, MEG WHITMAN, SHUMEET BANERJI, PATRICIA RUSSO, DOMINIQUE SENEQUIER.  Ms. Justice Lazarus is no longer associated with Gibson Dunn as of December 23, 2011.  Jonathan Dickey will continue to serve as counsel of record for Defendants Lane, Reiner, Apotheker, Whitman, Banerji, Russo and Senequier.


DATED:  December 22, 2011                         Respectfully submitted,


                                                        By_____/s:/Rebecca Justice Lazarus_____


                                                        Rebecca Justice Lazarus
                                                        Jonathan Dickey
                                                        GIBSON, DUNN & CRUTCHER LLP

                                                        Attorneys for Defendants
                                                        RAYMOND J. LANE, GARY REINER, LEO
                                                        APOTHEKER, MEG WHITMAN, SHUMEET
                                                        BANERJI, PATRICIA RUSSO, DOMINIQUE
                                                        SENEQUIER

1

NOTICE OF WITHDRAWAL OF COUNSEL                                    Case No.  11-CV-1058 EJD

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission St., Ste. 3000, San Francisco, California 94105, in said County and State.  On December 22, 2011, I served the within:

## NOTICE OF WITHDRAWAL OF COUNSEL

to all interested parties as follows:

☑  **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on December 22, 2011.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

☑  **BY MAIL:**  I placed a true copy in a sealed envelope addressed as indicated above, on the date shown below.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

### Attorneys for Plaintiff

**VIA U.S. MAIL:**
Marguerite Goodman
Greenfield & Goodman LLC
250 Hudson St., 8th Floor
New York, NY 10013
Telephone:  (917) 495-4446
Facsimile:  (415) 975-7864

**VIA U.S. MAIL:**
Scott R. Shepard
Shepard Finkelman Miller & Shah LLP
35 E State Street
Media, PA 19063
Telephone:  (610) 891-9880

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on December 22, 2011, at San Francisco, California.

_____/s/Robin McBain_____
Robin McBain

101206195.1

---