United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.J. COPELAND, | CASE NO. 5:11-cv-01058 EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RAYMOND J. LANE, et. al., | |
| Defendants. | |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 117), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for November 30, 2012 is CONTINUED to **April 26, 2013, at 10:00 a.m.** The parties shall file an updated Joint Case Management Statement no later than **April 19, 2013.** That statement shall not exceed ten pages in length as required by the Standing Order for All Judges of the Northern District of California.

The court notes the parties' disagreement concerning disclosures and/or discovery. However, as previously ordered, any disputes with respect to discovery or disclosure, including any motions to compel same, are referred to the assigned Magistrate Judge. See Docket Item No. 64. Any request to stay disclosures or to stay discovery may be presented to this court through a motion for administrative relief under Civil Local Rule 7-11.

**IT IS SO ORDERED.**

Dated: November 28, 2012

EDWARD J. DAVILA
United States District Judge

1