ALLEN J. RUBY (STATE BAR NO. 47109)
Allen.Ruby@skadden.com
TIMOTHY A. MILLER (STATE BAR NO. 154744)
Timothy.Miller@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:	(650) 470-4500
Facsimile:	(650) 470-4570

ERIC S. WAXMAN (STATE BAR NO. 106649)
Eric.Waxman@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone:	(213) 687-5000
Facsimile:	(213) 687-5600

Attorneys for Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO, JR.,
SARI M. BALDAUF, RAJIV L. GUPTA,
JOHN H. HAMMERGREN, JOEL Z. HYATT,
JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S.
SALHANY, and G. KENNEDY THOMPSON

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| A.J. COPELAND, Individually and Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RAYMOND J. LANE, GARY REINER, LEO APOTHEKER, MEG WHITMAN, SHUMEET BANERJI, PATRICIA RUSSO, DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, MARK V. HURD, MARC L. ANDREESSEN, SARI M. BALDAUF, RAJIV L. GUPTA, LAWRENCE T. BABBIO, JR., JOHN H. HAMMERGREN, JOEL Z. HYATT, JOHN JOYCE, LUCILLE S. SALHANY, and ROBERT RYAN,<br><br>　　　　　　Defendants,<br>　　　　　　-and-<br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　　Nominal Defendant. | Case No. 5:11-cv-01058-EJD<br><br>**[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Specially appearing defendants Marc L. Andreessen, Lawrence T. Babbio, Jr., Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson (the "Director Defendants") seek an order permitting substitution of the following attorneys of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP in place of Garrett J. Waltzer (SBN 130764):  Timothy A. Miller (SBN 154744), located at 525 University Avenue, Suite 1400, Palo Alto, CA 94301 and Eric S. Waxman (SBN 106649), located at 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071, in *Copeland v. Lane et. al.*, Case No. 5:11-cv-01058-EJD.

Pursuant to Civil Local Rule 11-5, the Court approves the substitution of counsel sought by the Director Defendants.

IT IS SO ORDERED.

DATED:        3/5/2013

_____
THE HONORABLE EDWARD J DAVILA
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

DATED:  March 4, 2013

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:        /s/ Timothy A. Miller
TIMOTHY A. MILLER
Attorneys for Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY and G. KENNEDY THOMPSON