United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

A.J. COPELAND,

Plaintiff,

v.

RAYMOND J. LANE et al.,

Defendants

- and -

HEWLETT-PACKARD COMPANY, a Delaware corporation

Nominal Defendant.

Case No.: 5:11-CV-01058 EJD

**JUDGMENT**

This action having been dismissed upon the granting with prejudice of the Defendants' Motions to Dismiss (see Docket Item No. 162), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: May 6, 2013

EDWARD J. DAVILA
United States District Judge